**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street. Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant EMILY VELA.

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:24-CR-00128-JLT-SKO |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER** |
| vs. | |
| EMILY VELA, | |
| Defendant. | |

    Melissa Baloian, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent EMILY VELA. As grounds she states:

1. Melissa Baloian was appointed to represent defendant on June 18, 2024.
2. At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.
3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court and consequently must close her law practice.
4. Defendant Emily Vela is still in need of counsel. The Federal Defender's Office has contacted Michael Aed, who is available to assume representation. His contact

information is:  Michael J. Aed, Attorney at Law; 2115 Kern Street, Ste.1; Fresno, CA 93721; Phone: 559-825-4600; Fax: 559-272-8411; Michael@aalawfresno.com.

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and new counsel, Michael Aed, be appointed. Undersigned counsel requests that she be removed from the service list.

Dated: June 26, 2025                                                       Respectfully submitted,


                                                                             /s/ *Melissa Baloian*
                                                                             Melissa Baloian
                                                                             Attorney for Defendant
                                                                             Emily Vela



### ORDER

Attorney Melissa Baloian's motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list. Attorney Michael Aed is hereby appointed as counsel *nunc pro tunc*.

IT IS SO ORDERED.

Dated:   **June 26, 2025**                                                 /s/ Jennifer L. Thurston
                                                                             UNITED STATES DISTRICT JUDGE