LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 1:24-CR-00128 JLT SKO |
| Plaintiff, | |
| v. | STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |
| EMILY VELA, | |
| Defendant. | |

### STIPULATION TO CONTINUE SENTENCING

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By prior order of the Court, this matter was set for sentencing on January 12, 2026, in front of Hon. J. Thurston.
2. By this stipulation, the defendant now moves to continue the sentencing hearing until March 30, 2026.
   a. The parties agree and stipulate, and request that the Court find the following:
      i. This is a complex multi-confident matter.



      ii. Counsel for the defendant desires additional time to advise the defendant regarding her rights and obligations and prepare for sentencing.

      iii. Counsel for the defendant has been engaged in a special circumstance murder trial (Merced County case 19CR-00470) and extraordinary writ proceedings (5th DCA case F088934) necessitating additional time to prepare.

      iv. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

  b. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: December 22, 2025            Respectfully submitted,

/s/ Justin Gilio

Justin Gilio
*AUSA*

Dated: December 22, 2025            Respectfully submitted,

/s/ Michael J. Aed

Michael J. Aed
*Attorney for Defendant*

## FINDINGS AND ORDER

IT IS SO ORDERED.

Dated: **December 22, 2025**

UNITED STATES DISTRICT JUDGE