LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>EMILY VELA,<br><br>Defendant. | CASE NO: 1:24-CR-00128<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

### STIPULATION TO CONTINUE SENTENCING

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By prior order of the Court, this matter was set for sentencing on March 30, 2026, in front of Hon. J. Thurston.

2. By this stipulation, the defendant now moves to continue the sentencing hearing until May 18, 2026.

   a. The parties agree and stipulate, and request that the Court find the following:

1



    i.  This is a complex multi-defendant matter.

    ii.  Counsel for the defendant desires additional time to advise the defendant regarding her rights and obligations and prepare for sentencing.

    iii.  Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, considering the exercise of due diligence.

    iv.  Further, a continuance is necessary to reopen the presentence report process to allow counsel to lodge informal objections to the presentence report and, if necessary, file formal objections to the presentence report with the court.

b.  The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: March 12, 2026                         Respectfully submitted,

/s/ Justin Gilio

Justin Gilio
*AUSA*

Dated: March 12, 2026                         Respectfully submitted,

/s/ Michael J. Aed

Michael J. Aed
*Attorney for Defendant*

## FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:   **March 12, 2026**

UNITED STATES DISTRICT JUDGE

2

Stipulation to Continue Sentencing
1:24-CR-00128

Legal Aed
Excellence in Criminal Defense
The Law Offices of Michael J. Aed