LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 1:24-CR-00128 |
| Plaintiff, | |
| v. | STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |
| EMILY VELA, | |
| Defendant. | |

**STIPULATION TO CONTINUE SENTENCING**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By prior order of the Court, this matter is set for sentencing on June 29, 2026, in front of Hon. J. Thurston.

2. By this stipulation, the defendant now moves to continue the sentencing hearing until July 27, 2026.

   a. The parties agree and stipulate, and request that the Court find the following:

1

Legal Aed
Excellence in Criminal Defense
The Law Offices of Michael J. Aed

i.   This is a complex multi-defendant matter.

ii.  Counsel for the defendant desires additional time to advise the defendant regarding her rights and obligations and prepare for sentencing.

iii. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, considering the exercise of due diligence.

iv.  Counsel has met and conferred with probation regarding objections to the pre-sentence report.  Counsel has been attempting to get documentation from Ms. Vela's employer and medical professionals in support of an argument regarding the appropriate sentencing in this case.

v.   Counsel has met with Ms.Vela the past couple of days regarding the upcoming sentencing date and the importance of additional information to provide the court regarding the appropriate punishment in this case.

vi.  Ms. Vela attempted to meet and confer with Counsel prior to deadlines for filing of necessary formal objections and sentencing memorandum. Based upon Counsel's unavailability due to a no time waived jury trial in Fresno, Counsel was not able to meet and confer with Ms. Vela in order to make the court deadlines.

vii. Further, a continuance is necessary to finalize the formal objections, prepare a sentencing memorandum, and to obtain necessary exhibits for the court's consideration prior to the imposition of sentencing.

viii. Counsel has reached out to both the USPO, Jesse Mora, and AUSA, Cody Chapple, regarding the request for a short continuance.

Stipulation to Continue Sentencing
1:24-CR-00128

LA Legal Aed
Excellence in Criminal Defense
The Law Offices of Michael J. Aed

b.  The government does not object to the continuance.


IT IS SO STIPULATED.

Dated: June 23, 2026                                    Respectfully submitted,

                                                        /s/ Cody Chapple
                                          _____
                                                          Cody Chapple
                                                            *AUSA*


Dated: June 23, 2026                                    Respectfully submitted,

                                                        /s/ Michael J. Aed
                                          _____
                                                          Michael J. Aed
                                                     *Attorney for Defendant*

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND[1] AND ORDERED this  23rd  day of  June , 2026 .


                                          _____
                                                        Hon. J. Thurston
                                               *United States District Judge*

---

[1] The Court does not find that this is a complex matter.

Stipulation to Continue Sentencing
1:24-CR-00128

Legal Aed
Excellence in Criminal Defense
The Law Offices of Michael J. Aed