Law Office of Michael J. Aed
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EMILY VELA<br>Defendant. | No. 1:24-CR-00128<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL J. AED AS ATTORNEY OF RECORD AND ORDER** |

On July 12, 2024, Defendant Emily Vela was indicted on federal charges. CJA Panel Attorney Michael J. Aed was appointed as trial counsel to represent Ms. Vela on June 26, 2025 in his criminal case. Ms. Vela was sentenced on July 27, 2026. The time for filing a direct appeal was August 10, 2026. No direct appeal was filed. Ms. Vela was out of custody at sentencing. She was given 70 months she was allowed to self-surrender on October 5, 2026. Requested Victorville. Having completed representation of Ms. Vela, CJA attorney Michael J. Aed now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Vela require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 10, 2026

Respectfully submitted,

/s/ Michael J. Aed
Michael J. Aed
Defendant, Emily Vela

**ORDER**

Having reviewed the notice and found that attorney Michael J. Aed has completed the services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Emily Vela at the following address and to update the docket to reflect Defendant's pro se status and contact information.

18062 Annes Circle #101 Canyon County, CA 91307

IT IS SO ORDERED.

Dated: August 11, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE